**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Federal Deposit Insurance Corporation, | |
| Petitioner, | |
| v. | Misc. Case No. 26-3 |
| John C. Ponte, | |
| Respondent. | |

**[PROPOSED] ORDER TO SHOW CAUSE**

Upon the Application, Memorandum of Law in support of that Application, exhibits, and the Declaration of Matthew H. Doyle, it is hereby ORDERED that Respondent John C. Ponte appear before the United States District Court for the District of Rhode Island, presided over by the undersigned in the United States Courthouse located at One Exchange Terrace, Federal Building and Courthouse, Providence, Rhode Island, 02903, Courtroom _____, at _____, to show cause why Respondent should not be compelled to comply with the Federal Deposit Insurance Corporation's Order for Restitution dated October 15, 2024.

It is further ORDERED that a copy of this Order, together with the Application, Memorandum of Law, exhibits, and Declaration noted above be personally served upon Respondent on or before _____.

It is further ORDERED that within 14 days of service of a copy of this Order, together with the Application, Memorandum of Law, exhibits, and Declaration noted above, Respondent must file and serve a written response to the Application.

Dated March _____, 2026.


By the Court:


_____

United States District Judge