# Exhibit 4



3194-C Airport Loop Drive
Costa Mesa, CA 92626

March 3, 2026

To: Lydia Bueschel

Reena Sikdar

Valentine, Austriaco & Bueschel, P.C.

FR: Paul Saroj, SVP Regulatory Enforcement and Remediation

RE: Ponte Restitution Fund Statement of Account

Dear Lydia,

I am writing to inform you that of the $1,000,000 in total restitution expected pursuant to the Order of Restitution for Mr. Ponte, we have only received the initial deposit of $326,000 on 12/4/2024. The remaining balance of $674,000 that was ordered to be funded by 10/15/2025 has not been paid as of 3/3/2026. Furthermore, we have not received any correspondence from Mr. Ponte or his counsel regarding funding the remaining balance into the escrow account.

The attached Exhibit reflects the funds received noted above.

Best regards,

*[signature]*

Paul Saroj
SVP, Regulatory Enforcement and Remediation
psaroj@simpluris.com
Tel. 617-901-1286

EXHIBIT 4 PAGE 1

# Exhibit:
# Ponte Funding Statement

**Incoming Deposit:** Only deposit received as of 3/3/2026 in amount of $326,000 on 12/4/2024



EXHIBIT 4 PAGE 2