# Exhibit 5



300 E. Randolph, Suite 3400  
Chicago, IL 60601

T (312) 288-8285 | F (312) 638-8137  
vablawfirm.com

October 10, 2025

<u>VIA ELECTRONIC MAIL</u>

To the attention of:  
John C. Ponte, Respondent  
c/o Christopher M. Mulhearn  
cmulhearn@mulhearnlawri.com

                         Re: Administration of Distribution of Restitution Funds  
                         <u>In re: John C. Ponte, FDIC-22-0109e and FDIC-22-0143b</u>

Mr. Ponte:

       As you know from last year's correspondence, my firm Valentine Austriaco & Bueschel, P.C ("VAB") has been engaged by the Federal Deposit Insurance Corporation to oversee the administration of the distribution of restitution of funds in the above-referenced enforcement action.

       This letter is a reminder that pursuant to the Final Judgment in the above-referenced proceedings, you are expected to fund the remainder of the $1,000,000.00 restitution payment on **October 15, 2025.**

       In order to meet this restitution payment obligation as ordered, you must wire the **$674,000.00** that remains due on or before October 15, 2025. You should wire the amount directly to the escrow account that has been opened with Huntington Bank for the purpose of restitution distribution, consistent with the instructions contained in the enclosed wire transfer instructions from the bank.

                                                         Very truly yours,

                                                         *Lydia A. Bueschel*

                                                         Lydia Bueschel

cc:     Kent D. Oz  
         Matthew H. Doyle  
         Rikki L. Simmons  
         Federal Deposit Insurance Corporation  
         Enforcement Division

EXHIBIT 5 PAGE 1

**National Settlement Team** 

## Wire Transfer Instructions

| | | | |
|---|---|---|---|
| Account Name | John C Ponte Restitution Fund QSF | Account Number | ███ 7546 |
| Bank Name | The Huntington National Bank | Routing Number | ███ 0024 |
| Bank Address | 41 South High Street *<br>Columbus, OH 43287 | Special Instructions | Call Abby Van Nostran with questions (215)430-5283 |
| Beneficiary Mailing Address | 3194-C Airport Loop Dr<br>Costa Mesa, CA 92626 | | |

\* Not a mailing address. Check deposit instructions available upon request.

EXHIBIT 5 PAGE 2