UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Federal Deposit Insurance Corporation,<br><br>        Petitioner,<br><br>    v.<br><br>John C. Ponte,<br><br>        Respondent. | Case No. 1:26-mc-3-MSM-AEM |

## NOTICE OF APPEARANCE

Katherine Walsh, files this notice of appearance in the above-captioned case as counsel for the Petitioner, Federal Deposit Insurance Corporation (FDIC), and requests that she be served with copies of all further pleadings, motions, orders and other papers filed and served in this action.

 

*s/ Katherine Walsh*
Katherine Walsh (Maryland Bar)
Counsel
Federal Deposit Insurance Corporation
1776 F. St. NW
Washington, D.C. 20006
(571) 637-0004
Fax: N/A
kawalsh@fdic.gov
*Counsel for Federal Deposit Insurance Corporation*

## **CERTIFICATE OF SERVICE**

**I CERTIFY** that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

                                                *s/ Katherine Walsh*
                                                Katherine Walsh